# United States Bankruptcy Court
## District of Idaho

In re  **Doreen M. Hendrickson**                    Case No. _____
                           Debtor(s)                Chapter  **7**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

---

Debtor's name (enter full name): **Doreen M. Hendrickson**

Does Debtor have a domestic support obligation: _____ yes __X__ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____.

---

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Doreen M. Hendrickson*             5/9/13
**Doreen M. Hendrickson**                 Date
**Signature of Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571